**Tom McCLANAHAN,
Employee/Respondent,**

v.

**NATIONAL ENGINES & PARTS,
Employer/Appellant.**

No. 69158.

Missouri Court of Appeals,
Eastern District,
Division One.

May 21, 1996.

Gilbert D. Conner, Luke & Cunliff, P.C., St. Louis, for appellant.

Robert E. Keaney, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Employer appeals the award of workers' compensation benefits to claimant by the Labor and Industrial Relations Commission (Commission). We affirm. The Commission's award is supported by substantial and competent evidence on the whole record. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

**George D. KARAGIANNIS, Respondent,**

v.

**Maria A. KARAGIANNIS, Appellant.**

No. 68491.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 21, 1996.

Francis L. Kenney, II, Witzel, Kearns & Kenney, St. Louis, for appellant.

Thomas Andrew Spoon, Pulos, Blankenship & Jiawakorlos, Crestwood, for respondent.

Before GERALD M. SMITH, P.J., and GARY M. GAERTNER, and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Appellant, Maria A. Karagiannis, appeals the judgment and decree of dissolution entered in St. Louis County Circuit Court. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by sufficient evidence and is not against the weight of the evidence, and no error of law appears. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our decision.